[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-16017

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00499-CV-WS-B

BRENDA L. MORGAN,

Plaintiff-Appellant,

versus

NORTH MISSISSIPPI MEDICAL CENTER, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(May 21, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*]
District Judge.

PER CURIAM:

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of
Georgia, sitting by designation.

After review and oral argument, the Court affirms the grant of summary judgment in favor of the Defendant-Appellee on all of the Plaintiff-Appellant's claims for the reasons outlined in the district court's thorough and well-reasoned orders of October 12, 2006, and December 2, 2005.

**AFFIRMED.**